.655

162 So. 923

**Bob JOHNSON v. CITY OF HUNTSVILLE.**

8 Div. 134.

Court of Appeals of Alabama.
June 11, 1935.

BRICKEN, Presiding Judge.
Affirmed.

161 So. 918

**Joe JOHNSON v. CITY OF HUNTSVILLE.**

8 Div. 130.

Court of Appeals of Alabama.
May 21, 1935.

RICE, Judge.
Affirmed.

154 So. 922

**Bill JOHNSON v. STATE.**

4 Div. 24.

Court of Appeals of Alabama.
April 17, 1934.

SAMFORD, Judge.
Affirmed.

159 So. 892

**Isaac F. JOHNSON v. STATE.**

6 Div. 624.

Court of Appeals of Alabama.
Dec. 18, 1934.

BRICKEN, Presiding Judge.
Affirmed.

153 So. 922

**Rosa May JOHNSON v. STATE.**

8 Div. 826.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

159 So. 892

**David JONES v. STATE.**

7 Div. 101.

Court of Appeals of Alabama.
Jan. 22, 1935.

RICE, Judge.
Affirmed.

159 So. 892

**David JONES v. STATE.**

7 Div. 100.

Court of Appeals of Alabama.
Jan. 22, 1935.

SAMFORD, Judge.
Affirmed.

156 So. 912

**Inez JONES v. STATE.**

6 Div. 680.

Court of Appeals of Alabama.
Oct. 2, 1934.

BRICKEN, Presiding Judge.
Appeal dismissed by appellant.